**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8057**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

OKANG KAREEM ROCHELLE,

                Defendant – Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., District Judge.  (1:05-cr-00112-UA-1)

Submitted:  February 17, 2009          Decided:  March 9, 2009

Before MICHAEL, GREGORY, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Okang Kareem Rochelle, Appellant Pro Se.  Anand P. Ramaswamy, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Okang Kareem Rochelle seeks to appeal the district court's order granting his request for new counsel, and the court's finding that he is competent to stand trial. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Rochelle seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED